■ FIDELITY AND DEPOSIT COMPANY OF MARYLAND et al.,

Appellants, v PEAT, MARWICK, MITCHELL & Co.; Respondent.— Order, Supreme Court, New York County (Alan Saks, J.), entered on June 25, 1987, unanimously affirmed for the reasons stated by Alan Saks, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ. *[See,* 135 Misc 3d 936.]